UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CURTIS NORRIS

    v.                                                                        Case No: 17-cv-945-T-24 TGW
                                                                                       8:08-cr-163-T-24TGW

UNITED STATES OF AMERICA
_____/

## **ORDER**

      This cause comes before the Court on Petitioner Curtis Norris's Motion for a Certificate of Appealability ("COA"). (Civ. Doc. 9). Petitioner seeks to appeal the Court's dismissal of his § 2255 motion. (Civ. Doc. 7).

      The Court previously denied a COA in its order dismissing Petitioner's § 2255 motion. (Civ. Doc. 5). As such, the Court denies the instant motion for the same reasons it set forth in that prior order. Accordingly, it is ORDERED AND ADJUDGED that Petitioner's Motion for a Certificate of Appealability (Civ. Doc. 9) is **DENIED**.

      **DONE AND ORDERED** at Tampa, Florida, this 16th day of October, 2017.

                                                                   SUSAN C. BUCKLEW
                                                                   United States District Judge

Copies to:
Counsel of Record
*Pro Se* Petitioner